## Commonwealth, Appellant, *v.* McCormick Taylor Associates.

Argued September 18, 1970. *Arlen Specter,* District Attorney, with him *John Rogers Carroll,* Special Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Richard A. Sprague,* First Assistant District Attorney, for Commonwealth, appellant; *John T. Clary,* with him *Thomas J. Mullaney,* for appellee.

OPINION PER CURIAM: The six judges who heard this appeal being equally divided, the order of the court below is affirmed.

HOFFMAN, J., absent.